U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 14 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMESETTA LELAND (SANCTIONED/BARRED) | CIVIL ACTION NO. 1:17-cv-242 |
| VERSUS | CHIEF JUDGE DRELL |
| EXXON MOBILE, ETAL. | MAG. JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

On February 6, 2017, *pro se* plaintiff Jamesetta Leland ("Plaintiff") filed a Motion for Leave to Proceed *In Forma Pauperis* and a civil rights suit pursuant to 42 U.S.C. §1983. Plaintiff names Exxon Mobil and X T O Energy as defendants. Plaintiff appears to allege in her complaint that the defendant oil companies have deprived Plaintiff and her family of mineral revenue from their land. Plaintiff seeks "150 billion a year."

Plaintiff is no stranger to this court having filed seven previous frivolous actions with five of those suits filed in just the last year. Plaintiff's complaints are all similar in that they are difficult to read and all appear to make the same allegations against the oil companies. Plaintiff's prior suits have all been dismissed as frivolous. The last two suits that Plaintiff filed resulted in Judgments that ordered the Clerk of Court "to decline to file any civil complaint submitted by Jamesetta Leland unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed." (See Leland v. XTO Energy Corp, et al., 16-cv-1564 and Leland v. XTO Energy Corp, 16-cv-1542.) The court also ordered that any motion to proceed *in forma pauperis* that accompanies Plaintiff's complaint be referred to a district judge for action.

Plaintiff's current complaint is difficult to read and presents what appears to be the same allegations against the oil companies as in the previously dismissed frivolous suits. This court has authority to dismiss a suit that is duplicative of another federal court suit as part of general power to administer its docket unless there are special circumstances to favor the second suit. <u>Cambridge Toxicology Group, Inc. v. Exnicios</u>, 495 F.3d 169, 178 (5th Cir.2007) In this case, Plaintiff's current complaint appears to be a duplicate of Plaintiff's prior frivolous suits and should be dismissed.

ACCORDINGLY,

**IT IS ORDERED** that the **MOTION TO PROCEED *IN FORMA PAUPERIS*** filed by Jamesetta Leland be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Complaint filed by Jamesetta Leland on February 6, 2017, be and is hereby **STRICKEN FROM THE RECORD** and this case **CLOSED.**

**IT IS ALSO ORDERED** that the Clerk of Court shall not accept any future filings from Jamesetta Leland unless permission is requested and granted from the Chief Judge of this court and the judge has specifically ordered in writing that the complaint may be filed. It is also ordered that any motion to proceed *in forma pauperis* that accompanies such a complaint shall be referred to the Chief Judge.

Alexandria, Louisiana, this ___14th___ day of February, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT